IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUILES CONDE-SHENERY, | : | Civil No. 3:18-cv-929 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| C.O. SNOW, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
MAY 3 1 2018
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 31st day of May, 2018, upon consideration of Plaintiff's motion (Doc. 9) for leave to amend the complaint, wherein he seeks leave only to amend the spelling of Correctional Officer Redman to Correctional Officer Redmond, and Sergeant Ayer to Sergeant Eyer, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 9) for leave to amend is **GRANTED**.

2. The complaint is deemed amended to reflect the correct spelling of Correctional Officer Redmond and Sergeant Eyer. The Clerk of Court **SHALL** correct the docket accordingly.

Robert D. Mariani
United States District Judge