IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AQUILES CONDE-SHENERY, | Civil No. 3:18-cv-929 |
| Plaintiff | (Judge Mariani) |
| v. | |
| C.O. SNOW, *et al.*, | |
| Defendants | |

### ORDER

**AND NOW**, this 3rd day of January, 2019, upon consideration of Plaintiff's motion (Doc. 65) to withdraw his previously filed motions (Docs. 31, 37, 38, 41) for leave to amend the complaint, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 65) to withdraw the motions for leave to amend the complaint is **GRANTED**.

2. The motions (Docs. 31, 37, 38, 41) to amend the complaint are **DEEMED** withdrawn.

Robert D. Mariani
United States District Judge